Ulysses G. Pierce, Respondent, v. Gray Line Motor Tours, Inc., et al, Appellants.

Hill, P. J., Crapser, and Bliss, JJ., concur; Heffernan and Foster, JJ., concur as to the affirmance of the judgment as to defendant Gray Line Motor Tours, Inc., but dissent and vote to reverse the judgment and order in so far as it affects the defendant Schaffer, and dismisses the complaint as to him, without costs.

